**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| DISABLED PATRIOTS OF AMERICA INC., et al., | ) | CASE NO. 1:08CV1520 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| MACY'S RETAIL HOLDINGS, INC. | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Court has been advised the action has settled.  Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed.  It shall be marked settled and dismissed, without prejudice, each party to bear its own costs.  Either party may move the Court within thirty (30) days after the filing of this Order to enter a stipulated form of final order of judgment with prejudice.  The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

December 5, 2008                               S/Christopher A. Boyko
                                               CHRISTOPHER A. BOYKO
                                               UNITED STATES DISTRICT JUDGE